Erica Taylor Loftis Pacheco, Esq. (SBN 259286)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Telephone: (949) 427-2010
Facsimile No.: (949) 427-2732
bknotifications @ghidottiberger.com

Attorneys for Movant
Carvana, LLC, its successors and assigns

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| In Re: | CASE NO.: 21-23295 |
| Jose Guadalupe Naranjo, | DCN: GB-1 |
| Debtor. | CHAPTER 7 |
| | **DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY** |
| | DATE: 12/15/2021<br>TIME: 10:00 a.m.<br>CTRM: 35, 6th, 501 I Street, Sacramento, CA |
| | Honorable Christopher M. Klein |

I, Keisha Walker, declare:

1. I am employed as a Bankruptcy Manager with Carvana, LLC ("Movant") and am authorized to sign this affidavit on behalf of Movant.

1

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

2. I am familiar with the manner and procedure by which the records of Movant are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents of Movant in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by person with such knowledge. It is my business practice to maintain these records in the regular course of business.

3. Movant has been responsible for the handling of all matters relative to the underlying Contract prior to the filing of the within motion, including but not limited to processing of all payments received, crediting of received payments, adding all proper charges to the Contract, confirming the maintenance of insurance, communicating with and responding to the borrower on all matters relative to the Contract.

4. I have personally reviewed Movant's records as they related to the Subject Contract obligation referred to herein, and as to the following facts, I know them to be true of own knowledge or I have gained knowledge of them from my review of Movant's business records. If called upon to testify, I could and would competently testify to the following under oath.

5. The borrower, Jose Guadalupe Naranjo ("Borrower") executed a Contract in favor of Movant in the original principal amount of $14,964.00 ("Contract"). Movant is an entity entitled to enforce the Contract. A true and correct copy of the Contract is attached as **Exhibit "1"** and is incorporated herein by reference for all purposes.

6. The debt described by the Contract is secured by the 2017 Hyundai Velostar LT VIN #KMHTC6AD6HU308329 ("Vehicle") as evidenced by a Vehicle Certified of Title ("Title") naming Movant as the legal owner thereof. A copy of the Title is attached hereto as **Exhibit "2"** and is incorporated herein by reference for all purposes.

7. Subsequent to the execution of the Contract and Title, Debtor has filed for protection under Chapter 7 of Title 11 of the United States Code on September 20, 2021.

2
DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

8. As of October 15, 2021, the outstanding Obligations under the Contract total $14,511.39.

9. The current value of the Vehicle as of October 15, 2021 according to NADA is $16,575.00. A true and correct copy of NADA's valuation is attached hereto as **Exhibit "3"** and is incorporated herein by reference for all purposes.

10. As of October 15, 2021, the amount of delinquency owed to Movant was $3,186.00 with the account due for the March 11, 2021 payment and the last payment having been received on April 2, 2021.

11. On or about September 15, 2021, the debtor voluntarily surrendered the vehicle back to the Secured Creditor and the Secured Creditor has been in possession of the vehicle since prior to the bankruptcy case being filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this  02  day of  11 , 20 21  at  9:55 am .

_____
Declarant

3
DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY